**Opinion issued April 30, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-12-01062-CV**

————————————

**MEMORIAL HERMANN HOSPITAL SYSTEM, Appellant**

**V.**

**LATARSHA WALTON, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 1227995**

---

**MEMORANDUM OPINION**

Appellant, Memorial Hermann Hospital System, has filed a motion to dismiss its appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). TEX. R. APP. P. 42.1(a)(1) ("In accordance with a motion of appellant, the court may

dismiss the appeal or affirm the appealed judgment or order unless disposition would prevent a party from seeking relief to which it would otherwise be entitled."). We grant the motion and dismiss the appeal. The parties agree that each party shall bear their own court costs. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). The Clerk is directed to issue mandate immediately. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.